<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

<u>District of Massachusetts</u>

Case number *(if known):* _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **Twentyfirst Century Biochemicals, Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | **21st Century Biochemicals** |
|---|---|---|
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | **56-2352282** |
|---|---|---|

**4. Debtor's address**

**Principal place of business**

**260 Cedar Hill #3**
Number    Street

**Marlborough      MA    01752**
City                    State  Zip Code

**MIDDLESEX**
County

**Mailing address, if different from principal place of business**

Number      Street

City                    State   Zip Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State   Zip Code

**5. Debtor's website (URL)**

**www.21stcenturybio.com**

---

| Debtor | **Twentyfirst Century Biochemicals, Inc.** | | Case number *(if known)* | |
| | Name | | | |

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3254

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | Twentyfirst Century Biochemicals, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM/DD/YYYY

District _____ When _____ Case number _____
MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM/DD/YYYY

Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____
City                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

| Debtor | Twentyfirst Century Biochemicals, Inc. | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | I have been authorized to file this petition on behalf of the debtor. |
| | | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/01/2024
　　　　　　　MM / DD / YYYY

X  /s/ Eric A. Berg　*Eric A. Berg*　　　　　　　Eric A. Berg
Signature of authorized representative of debtor　　Printed name

Title  President

Debtor   __Twentyfirst Century Biochemicals, Inc.__                    Case number *(if known)* _____
          Name

**18.   Signature of attorney**         **x** /s/ Jonathan Horne _____ Date 5/2/24
                                        Signature of attorney for debtor              MM / DD / YYYY

**Jonathan Horne**
Printed name

**Murtha Cullina LLP**
Firm name

**33 Arch Street, 12th Floor**
Number      Street

**Boston**                                            **MA**        **02110**
City                                                  State         ZIP Code

**(617) 457-4000**                                    **jhorne@murthalaw.com**
Contact Phone                                         Email address

**673098**                                            **Massachusetts**
Bar number                                            State

**TWENTYFIRST CENTURY BIOCHEMICALS, INC.**
**Omnibus Resolutions**

May 1, 2024

The undersigned, constituting the entire board of directors (the "Board") of Twentyfirst Century Biochemicals, Inc., a Delaware corporation (the "Company"), hereby consent to and adopt the following resolutions for and on behalf of the Company, which resolutions have not been modified and are in full force and effect as of the date hereof:

**WHEREAS,** the Board has consulted with the management and legal advisors of the Company and fully considered all strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT,**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties, that the Company be authorized and empowered to file, at such time as it is deemed necessary by the appropriate officers of the Company, a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts, for all lawful purposes under the Bankruptcy Code; and it is further

**RESOLVED**, that Eric A. Berg and any person duly authorized by Eric A. Berg (an "**Authorized Person**") are empowered and directed to take action to: (i) prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) cause the Company to perform its functions and duties as a debtor in possession pursuant to the applicable provisions of the Bankruptcy Code; (iii) take such steps on behalf of the Company as may be necessary or appropriate to the Company's Chapter 11 proceeding; (iv) execute and file on behalf of the Company any pleading appropriate or necessary for the Company to fulfill its obligations under the Bankruptcy Code and/or applicable non-bankruptcy law; and (v) execute such further documents and do such further acts as such Authorized Person may deem necessary or appropriate with respect to the forgoing, the execution of any document or the doing of any act by such Authorized Person in connection with such proceedings to be conclusively presumed to be authorized by this vote; and it is further

**RESOLVED**, that the Company may engage and retain Murtha Cullina LLP, as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and, in connection therewith, each Authorized Person, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Murtha Cullina LLP; and it is further

**RESOLVED**, that the Company may engage, retain, and employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, each Authorized Person, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each Authorized Person, be, and hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers; and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deem necessary, proper, or desirable in connection with the Company's Chapter 11 case; and it is further

**RESOLVED,** that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the forgoing resolutions; and it is further

**RESOLVED**, that any and all actions heretofore or hereafter lawfully taken in the name or on behalf of the Company in good faith by any Authorized Person in furtherance of the purposes of the forgoing resolutions or in connection with the transactions contemplated therein are hereby ratified, confirmed, and adopted as the acts and deeds of the Company.

This resolution may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same resolution.

IN WITNESS WHEREOF, the undersigned have executed this resolution, as of the date first written above.

David Fishman

_____

Jordan B. Fishman

**RESOLVED**, that each Authorized Person, be, and hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers; and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deem necessary, proper, or desirable in connection with the Company's Chapter 11 case; and it is further

**RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the forgoing resolutions; and it is further

**RESOLVED**, that any and all actions heretofore or hereafter lawfully taken in the name or on behalf of the Company in good faith by any Authorized Person in furtherance of the purposes of the forgoing resolutions or in connection with the transactions contemplated therein are hereby ratified, confirmed, and adopted as the acts and deeds of the Company.

This resolution may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same resolution.

IN WITNESS WHEREOF, the undersigned have executed this resolution, as of the date first written above.

_____

David Fishman

_____

Jordan B. Fishman

Fill in this information to identify the case and this filing:

Debtor Name   Twentyfirst Century Biochemicals, Inc.

United States Bankruptcy Court for the:   District of Massachusetts

Case number (if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/2/2024
MM/DD/YYYY

X _____
Signature of individual signing on behalf of debtor

Eric A. Berg
Printed name

President
Position or relationship to debtor

| Fill in this information to identify your case: | |
|---|---|
| Debtor Name | **Twentyfirst Century Biochemicals, Inc.** |
| United States Bankruptcy Court for the: | **District of Massachusetts** |
| Case number *(if known)* | |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Melvin Budish Estate of 86 Pleasant Street Worcester, MA 01609 | | Loan | Disputed | | | $640,000.00 |
| 2   TV Marlborough, LLC 138 Trapelo Road Lincoln, MA 01773 | | Rent | | | | $267,229.24 |
| 3   Origene 9620 Medical Center Drive Suite 200 Rockville, MD 20850 | | Vendor | Disputed | | | $190,000.00 |
| 4   Clare Tuson 175 Maple Street Apr 306 Marlborough, MA 01752 | | Loan | | | | $182,214.00 |
| 5   Joan Berg 11465 Quivas Way Westminster, CO 80234 | | Loan | | | | $100,000.00 |

Debtor    Twentyfirst Century Biochemicals, ~~Case number~~ *(if known)*
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Assayquant Technologies<br>260 Cedar Hill Street,<br>Suite 2<br>Marlborough, MA 01752 | | | | | $80,000.00 |
| 7 | Saxe Doernberger & Vita<br>P.C.<br>35 Nutmeg Drive<br>Suite 140<br>Trumbull, CT 06611 | | Legal Fees | | | $73,557.66 |
| 8 | Massachusetts DoUA<br>PO Box 419815<br>Boston, MA 02241- 981 | | Taxes | Disputed | | $62,000.00 |
| 9 | Jeffery Nagar<br>11312 RIDGEGATE DR<br>RALEIGH, NC 27617 | | Loan | | | $60,000.00 |
| 10 | John Prosser Estate of<br>125 Foxfire Place<br>Rockton, IL 61072 | | Loan | | | $55,000.00 |
| 11 | Byzfunder<br>530 7th Ave Suite 505<br>New York, NY 10018 | | Loan | Disputed | | $50,000.00 |
| 12 | Jeffery Peterson<br>10 POWHATAN RD<br>PEPPERELL, MA 01463 | | Loan | | | $50,000.00 |
| 13 | Andy Feldman<br>100 WATER ST<br>Worcester, MA 01604 | | Loan | | | $46,500.00 |
| 14 | Jefferson L. Murray<br>102 WHEELER<br>EXECUTIVE CTR<br>AUGUSTA, GA 30909 | | Loan | | | $30,000.00 |
| 15 | Leonard Berman<br>230 Woodward St<br>Waban, MA 02468 | | Loan | | | $21,875.00 |
| 16 | P3 Biosystems<br>10200 Forest Green Blvd<br>Suite 112<br>Louisville, KY 40223 | | Vendor | | | $20,831.15 |

Debtor    Twentyfirst Century Biochemicals, Inc. _(if known)_

Name

| 17 | Donald H. Peterson<br>313 FURBISH RD<br>WELLS, ME 04090 | | Loan | | | | $16,500.00 |
|----|----|----|----|----|----|----|----|
| 18 | Reagents/TCP Analytical<br>5609 Fern Valley Rd<br>Louisville, KY 40228 | | Vendor | | | | $14,728.00 |
| 19 | Pamela Crowley<br>23 Laurelwood Dr<br>Stoughton, MA 02072 | | Unpaid<br>Compensation | | | | $14,061.00 |
| 20 | Erik MaCauley<br>3316 West Sutton Road<br>Sutton, MA 10590 | | Unpaid<br>Compensation | | | | $13,755.00 |

Fill in this information to identify your case:

Debtor Name   **Twentyfirst Century Biochemicals, Inc.**

United States Bankruptcy Court for the: **District of Massachusetts**

Case number (*if known*): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## **Summary of Your Assets and Liabilities for Non-Individuals**                      **12/15**

| Part 1: | **Summary of Assets** |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................................. $ **681,535.17**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................................ $ **681,535.17**

| Part 2: | **Summarize Your Liabilities** |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............................ $ **1,238,557.17**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $ **39,404.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. + $ **2,508,555.45**

4. **Total liabilities** ...............................................................................................................................  $ **3,786,516.62**
   Lines 2 + 3a + 3b

Fill in this information to identify your case:

Debtor Name  **Twentyfirst Century Biochemicals, Inc.**

United States Bankruptcy Court for the: **District of Massachusetts**

Case number (*If known*) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?
   - ☐ No. Go to Part 2.
   - ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** — $ **1,200.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | Avidia Bank | Checking Account | 9516 | $ 1,500.00 |
| 3.2 | Bank of America | Checking Account | 9593 | $ 17,500.00 |
| 3.3 | Santander | Checking Account | 1800 | $ 8,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ **28,200.00**

Debtor    **Twentyfirst Century Biochemicals, Inc.**    Case number *(if known)* _____
    Name

---

| Part 2: | **Deposits and prepayments** |
|---|---|

6.  Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9.  **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    $    **0.00**

---

| Part 3: | **Accounts receivable** |
|---|---|

10. Does the debtor have any accounts receivable?

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

   **11a. 90 days old or less:**    **98,635.17** –    **0.00** =    $    **98,635.17**
   face amount    doubtful or uncollectible accounts

   **11b. Over 90 days old:**    **4,003.00** –    **4,003.00** =    $    **0.00**
   face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    **98,635.17**

---

Debtor    **Twentyfirst Century Biochemicals, Inc.**                          Case number *(if known)* _____
          Name

---

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          $ _____ **0.00**

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Chemicals | 12/15/2023 MM / DD / YYYY | $ 6,285.00 | Book Value | $ Unknown |
| 20. **Work in progress** | | | | |
| Projects on going | 4/1/2024 MM / DD / YYYY | $ 154,885.00 | Book Value | $ Unknown |
| 21. **Finished goods, including goods held for resale** | | | | |
| Peptides and antibodies | 12/31/2023 MM / DD / YYYY | $ 160,000.00 | Book Value | $ Unknown |

22. **Other inventory or supplies**

Debtor    **Twentyfirst Century Biochemicals, Inc.**                    Case number *(if known)* _____
            Name

| Lab supplies | 12/31/2023 | $ | 4,426.00 | Book Value | $ | Unknown |
|---|---|---|---|---|---|---|
| | MM / DD / YYYY | | | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                   $ _____ **0.00**

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.

   Book value    $ _____ **0.00** Valuation method _____    Current Value   $ _____ **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

Debtor      **Twentyfirst Century Biochemicals, Inc.** _____      Case number _(if known)_ _____
            Name

31. Farm and fishing supplies, chemicals, and feed

_____      $ _____ **0.00**      _____      $ _____ **0.00**

32. Other farming and fishing-related property not already listed in Part 6

_____      $ _____ **0.00**      _____      $ _____ **0.00**

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.      $ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

       Book value   $ _____ **0.00**   Valuation method _____      Current Value  $ _____ **0.00**

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

39. Office furniture

| Desks, chairs, etc | $ 52,805.00 | Book Value | $ Unknown |

Debtor    **Twentyfirst Century Biochemicals, Inc.**    Case number *(if known)* _____
      Name

40. Office fixtures

_____    $ _____ 0.00    _____    $ _____ 0.00

41. Office equipment, including all computer equipment and
communication systems equipment and software

Office equipment    $ 153,939.00    Book Value    $ Unknown

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

_____    $ _____ 0.00    _____    $ _____ 0.00

43. Total of Part 7.

Add lines 38 through 42. Copy the total to line 86.    $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

_____    $ _____ 0.00    _____    $ _____ 0.00

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

_____    $ _____ 0.00    _____    $ _____ 0.00

Debtor    **Twentyfirst Century Biochemicals, Inc.**
       Name
                                              Case number *(if known)*

49. Aircraft and accessories

| | | | | $ 0.00 | | | | $ 0.00 |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Description | | | Net book value | Valuation method | | Current value |
|---|---|---|---|---|---|---|
| **See Attached List** | | | $ 550,000.00 | **Estimated Market Value** | | $ 554,700.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 554,700.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **Lease of real property located at 260 Cedar Hill #3, Marlborough,**<br>55.1 **MA** | Leasehold | $ 0.00 | | $ Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

Debtor    **Twentyfirst Century Biochemicals, Inc.**
_____    Name    Case number *(if known)* _____

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. Does the debtor have any interests in intangibles or intellectual property?
    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| | $ 0.00 | | $ 0.00 |
| 61. Internet domain names and websites | | | |
| www.21stcenturybio.com | $ 0.00 | | $ Unknown |
| 62. Licenses, franchises, and royalties | | | |
| | $ 0.00 | | $ 0.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| Customer List | $ 0.00 | | $ Unknown |
| 64. Other intangibles, or intellectual property | | | |
| | $ 0.00 | | $ 0.00 |
| 65. Goodwill | | | |
| | $ 0.00 | | $ 0.00 |

66. Total of Part 10.
    Add lines 60 through 65. Copy the total to line 89.

    $ 0.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☑ No
    ☐ Yes

Debtor   Twentyfirst Century Biochemicals, Inc._____   Case number *(if known)*_____
        Name

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |

71. **Notes receivable**
    Description (include name of obligor)

    _____  0.00  −  _____  0.00  =   $_____ 0.00
                    Total face amount        doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____   Tax Year _____   $_____ 0.00

73. **Interests in insurance policies or annuities**

    _____   $_____ 0.00

74. Causes of action against third parties (whether or not a lawsuit has been filed)

    _____   $_____ 0.00

    Nature of claim   _____

    Amount requested   $_____ 0.00

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

    _____   $_____ 0.00

    Nature of claim   _____
    Amount requested   $_____ 0.00

76. **Trusts, equitable or future interests in property**

    _____   $_____ 0.00

Debtor     **Twentyfirst Century Biochemicals, Inc.**
_____      Case number _(if known)_ _____
           Name

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

_____      $ _____ **0.00**

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                          $ _____ **0.00**

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 28,200.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 0.00 | |
| 82. **Accounts receivable**. _Copy line 12, Part 3._ | $ 98,635.17 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 554,700.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ ............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ ✚ | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...................... 91a. | $ 681,535.17 ✚ 91b. | $ 0.00 |

Debtor   **Twentyfirst Century Biochemicals, Inc.** _____   Case number *(if known)* _____
  Name

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................................................   $ **681,535.17**

Supplement to Schedule A/B Question No. 50
Owned Equipment

| Equipment Type | Age of Equipment | Estimated Book Value | Estimated FMV |
|---|---|---|---|
| **Peptide Lab** | | | |
| Liberty Blue 12 Microwave Synthesizer | <2 years (to be installed ~7/15/2023 | $130,000 | $110,000 |
| Intavis MultiPep RSi | 5 years; refurbed 2022 | $90,000 | $60,000 |
| Intavis MultiPep RS - HT peptides | 8 years; refurbed 2021 | $80,000 | $40,000 |
| Intavis MultiPep RS - HT peptides | 9 years; refubed 2021 | | $40,000 |
| Hoods owned by 21st CB (4) | | | |
| 2 are in AQT labs, 2 in Peptide lab | 8-12 years | $45,000 | $25,000 |
| Centrifuges | | | |
| Thermo Sorvall xPro | 1.5 years | $16,000 | $13,000 |
| Thermo Sorvall ST16 | 5 years | $12,000 | $6,000 |
| Eppendorf Microcentrifuge | 8 years | $3,250 | $1,500 |
| Misc Equipment | | | |
| Multiple freezers (-20), refrigerators, balances, sonicators, water baths, ovens, benches, dessicators, platform shakers, vortexers | varies | $100,000 | $35,000 (est) |
| **HPLC Lab** | | | |
| Automated preparative HPLC Units | | | |
| 2 Gilson systems: semi-prep, 322 pumps, 155 UV detector, 215 robotic collector, Trilution software | components are 5-15 years old; refurbed when needed | $100,000 | $20,000/unit; $40,000 total |
| 1 Gilson system: large scale prep, 33x pumps, 155 UV detector, 215 robotic collector, Trilution software | components are 5-15 years old; refurbed when needed | $80,000 | $30,000 |
| Analytical HPLC Units | | | |
| 2 systems: 305/306 pumps, 155 detectors, mixing chamber, 234 atoinjector, Trilution software | 3-10 years old, refurbed when needed | $40,000 | $12,000/unit; $24,000 total |
| **Finish and Fill Lab** | | | |
| Lyophilizers - LabConco; Freezone 12L | 4 years old | $37,000 | $14,000 |
| -80 freezers - 3 | 2-6 years old | $90,000 | $12,000 |
| Laminar flow hood | 8 years old | $15,000 | $2,500 |

| | | | |
|---|---|---|---|
| Misc equipment - balances, -20 freezers, refrigerators, dessicators | varies | $27,500 | $12,000 (est) |
| **Analytical Lab (MS/AAA)** | | | |
| TF Velox Pro with Eksigent nanoLC w/Autosampler | 8 years; refurbed 2020 | $125,000 | $45,000 |
| Sutter Pipette Puller | 12 years | $7,500 | $3,000 |
| Biochrom 80 Amino Acid Analyzer | 7 years | $90,000 | $30,000 |
| **Antibody Lab** | | | |
| 2 Chromatography Refrigerators | 5+ years | $25,000 | $2,200 (est) |
| Misc equipment - freezers (-20), balance, water bath, preparative liquid equipment (platform shakers, aspirators, peristaltic pumps, etc) | varies | $7,500 | $9,500 |

Leased Equipment

| Equipment Type | Age of Equipment | Estimated FMV |
|---|---|---|
| **Peptide Lab** | | |
| Intavis MultiPep 2 | 1 year | $95,000 |
| Intavis MultiPep 2 | <1 year | $95,000 |
| UPLC Shimadzu - state of the art UPLC with autoinjector multiple wavelength detector and ultrahigh pressure pumps; software; under service contract w/PM | 1.5 years old | $55,000 |
| **Finish and Fill Lab** | | |
| Lyophilizers - LabConco; Freezone 12L Plus; with tray drying | 2 years old | $22,000 |
| **Analytical Lab (MS/AAA)** | | |
| Q Exactive MS; TF Dionex Ultimate 3000 nanoLC w/autosampler | 7 years; refurbed 2021 | $120,000 |

Fill in this information to identify your case:

Debtor Name __Twentyfirst Century Biochemicals, Inc.__

United States Bankruptcy Court for the: __District of Massachusetts__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **Balboa Capital** | | $          71,000.00 | $          Unknown |

Creditor's mailing address
**575 Anton Blvd., Ste. 1080**
**Costa Mesa, CA 92626**

Creditor's email address, if known

Describe the lien

_____

Date debt was incurred _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Debtor   **Twentyfirst Century Biochemicals, Inc.**_____   Case number *(if known)* _____
     Name

| 2.2 | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

    **Internal Revenue Service**_____   $    **808,856.43** $    Unknown

Creditor's mailing address
**P.O. Box 37910**
**Hartford, CT 06176-7008**_____

Creditor's email address, if known        Describe the lien
_____        **Tax Lien**_____

Date debt was incurred _____      Is the creditor an insider or related party?
                                             ☑ No
Last 4 digits of account number _____       ☐ Yes

Do multiple creditors have an interest in the same property?        Is anyone else liable on this claim?
☐ No        ☑ No
☐ Yes. Have you already specified the relative priority?        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No. Specify each creditor, including this creditor, and its relative priority.        As of the petition filing date, the claim is: Check all that apply.
_____        ☐ Contingent
   ☐ Yes. The relative priority of creditors is specified on lines _____        ☐ Unliquidated
        ☑ Disputed

| 2.3 | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

    **Massachusetts Department of Revenue**_____   $    **15,700.74** $    Unknown

Creditor's mailing address
**P.O. Box 7000**
**Boston, MA 02204**_____

Creditor's email address, if known        Describe the lien
_____        **Tax Lien**_____

Date debt was incurred _____      Is the creditor an insider or related party?
                                             ☑ No
Last 4 digits of account number _____       ☐ Yes

Do multiple creditors have an interest in the same property?        Is anyone else liable on this claim?
☐ No        ☑ No
☐ Yes. Have you already specified the relative priority?        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No. Specify each creditor, including this creditor, and its relative priority.        As of the petition filing date, the claim is: Check all that apply.
_____        ☐ Contingent
   ☐ Yes. The relative priority of creditors is specified on lines _____        ☐ Unliquidated
        ☐ Disputed

Debtor    **Twentyfirst Century Biochemicals, Inc.** _____ Case number _(if known)_ _____
         Name

---

**2.4** | **Creditor's Name**

**Navitas Credit Corporation** _____

Creditor's mailing address
**203 Fort Wade Road**
**Ponte Vedra, FL 32081** _____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$    **31,000.00**  $    Unknown

Describe the lien              Description
**Equipment Lien** _____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.5** | **Creditor's Name**

**Pawnee Leasing Corporation** _____

Creditor's mailing address
**3801 Automation Way, Unit 207**
**Fort Collins, CO 80525** _____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$    **43,000.00**  $    Unknown

Describe the lien
**Equipment Lien** _____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Debtor    Twentyfirst Century Biochemicals, Inc.
_____ Case number *(if known)* _____
        Name

---

| 2.6 | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

Pawnee Leasing Corporation
$ **39,000.00** $ Unknown

**Creditor's mailing address**
3801 Automation Way, Unit 207
Fort Collins, CO 80525

Creditor's email address, if known
_____

**Describe the lien**
**Equipment Lien**

Date debt was incurred _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.7 | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

TD Bank
$ **230,000.00** $ Unknown

**Creditor's mailing address**
1710 Marlton Pike E
Cherry Hill, NJ 08003

Creditor's email address, if known
_____

**Describe the lien**
**All Asset Lien**

Date debt was incurred _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**    $ **1,238,557.17**

---

Debtor   **Twentyfirst Century Biochemicals, Inc.**   Case number *(if known)* _____

Name

---

| Part 2: | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA | Line 2. **2** | |
| **Kream & Kream**<br>PO Box 890117<br>East Weymouth, MA 02189 | Line 2. **7** | |
| **Massachusetts Department of Revenue**<br>P.O. Box 9564<br>Boston, MA 02114-9564 | Line 2. **3** | |
| **Matthew P Curewitz**<br>118 Turnpike Road<br>Southborough, MA 01772-2104 | Line 2. **2** | |

Fill in this information to identify your case:

Debtor Name __Twentyfirst Century Biochemicals, Inc.__

United States Bankruptcy Court for the: __District of Massachusetts__

Case number (If known) _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Materials for Antibody Production | PRF&L<br>306 Dutch Hill Road<br>Canadensis, PA 18325 |
|---|---|---|---|
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Materials for Antibody Production | PRF&L<br>306 Dutch Hill Road<br>Canadensis, PA 18325 |
|---|---|---|---|
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Materials for Antibody Production | PRF&L<br>306 Dutch Hill Road<br>Canadensis, PA 18325 |
|---|---|---|---|
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Materials for Antibody Production | PRF&L<br>306 Dutch Hill Road<br>Canadensis, PA 18325 |
|---|---|---|---|
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |

Debtor  **Twentyfirst Century Biochemicals, Inc** _____ Case number *(if known)* _____
        Name

**2.5**  State what the contract or        **Materials for Antibody**      **PRF&L**
         lease is for and the nature        **Production**                  **306 Dutch Hill Road**
         of the debtor's interest                                           **Canadensis, PA 18325**

         State the term remaining           1 month

         List the contract number of
         any government contract

**2.6**                                     **Lease of premises at 260**    **TV Marlborough, LLC**
         State what the contract or         **Cedar Hill Street,**          **42 Monument Street**
         lease is for and the nature        **Marlborough, MA**             **Concord, MA 01742**
         of the debtor's interest

         State the term remaining           54 months

         List the contract number of
         any government contract

Fill in this information to identify your case:

Debtor Name  **Twentyfirst Century Biochemicals, Inc.**

United States Bankruptcy Court for the:  **District of Massachusetts**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | | Column 2: Creditor | | |
|---|---|---|---|---|---|---|
| Name and description | Mailing address | | | Name | Check all schedules that apply: | |
| **Jordan Fishman** | **49 Mallard Drive** | | | **TD Bank** | ☑ D | 2.7 |
| Name | Number  Street | | | Name | ☐ E/F | |
| | **Fitchburg** | **MA** | **01420** | | ☐ G | |
| Description | City | State | Zip Code | | | |
| **Jordan Fishman** | **49 Mallard Drive** | | | **Navitas Credit Corporation** | ☑ D | 2.4 |
| Name | Number  Street | | | Name | ☐ E/F | |
| | **Fitchburg** | **MA** | **01420** | | ☐ G | |
| Description | City | State | Zip Code | | | |
| **Jordan Fishman** | **49 Mallard Drive** | | | **Balboa Capital** | ☑ D | 2.1 |
| Name | Number  Street | | | Name | ☐ E/F | |
| | **Fitchburg** | **MA** | **01420** | | ☐ G | |
| Description | City | State | Zip Code | | | |
| **Jordan Fishman** | **49 Mallard Drive** | | | **Byzfunder** | ☐ D | |
| Name | Number  Street | | | Name | ☑ E/F | 4.9 |
| | **Fitchburg** | **MA** | **01420** | | ☐ G | |
| Description | City | State | Zip Code | | | |
| **David Fishman** | **17 Village Way Unit F** | | | **TD Bank** | ☑ D | 2.7 |
| Name | Number  Street | | | Name | ☐ E/F | |
| | **Norton** | **MA** | **02766** | | ☐ G | |
| Description | City | State | Zip Code | | | |

| Estate of | | | | | | |
|---|---|---|---|---|---|---|
| **John Prosser** | **125 Foxfire Place** | | | **TD Bank** | ☑ D | 2.7 |
| Name | Number   Street | | | Name | ☐ E/F | |
| | **Rockton** | **IL** | **61072** | | ☐ G | |
| Description | City | State | Zip Code | | | |

| Jordan | | | | | | |
|---|---|---|---|---|---|---|
| **Fishman** | **49 Mallard Drive** | | | **Pawnee Leasing** | ☑ D | 2.5 & 2.6 |
| Name | Number   Street | | | Name | ☐ E/F | |
| | **Fitchburg** | **MA** | **01420** | | ☐ G | |
| Description | City | State | Zip Code | | | |

Fill in this information to identify your case:

Debtor **Twentyfirst Century Biochemicals, Inc.**

United States Bankruptcy Court for the: **District of Massachusetts**

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Eric Berg

647 Townsend Road

Groton, MA 01450

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **15,150.00** $ **15,150.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Unpaid Compensation**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Description

---

**2.2** Priority creditor's name and mailing address

**Erik McCauley**

3316 West Sutton Road

Sutton, MA 01590

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **13,754.00** $ **13,754.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Unpaid Compensation**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Description

---

Debtor   Twentyfirst Century Biochemicals, Inc.   Case number *(if known)* _____
　　　　　Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | | *Check all that apply.* | $ 10,500.00 | $ 10,500.00 |
| | Pam Crowley | ☐ Contingent | | |
| | 23 Laurelwood Drive | ☐ Unliquidated | | |
| | Stoughton, MA 02072 | ☐ Disputed | | |

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** ____ )

Basis for the claim:

**Unpaid Compensation**

Is the claim subject to offset?     Description
☑ No
☐ Yes

---

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

3.　List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 4.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|
| | | *Check all that apply.* | $ 2,837.93 |
| | AAPPTEC | ☐ Contingent | |
| | 6309 Shepherdsville Road | ☐ Unliquidated | |
| | Louisville, KY 40228 | ☐ Disputed | |

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Vendor

Debtor    Twentyfirst Century Biochemicals, Inc. _____    Case number *(if known)* _____
          Name

**4.2**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **137.00**

AAT Bioquest Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

5775 W Las Positas Blvd.

Pleasanton, CA 94588

Date or dates debt was incurred

Basis for the claim:

Description

Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

**4.3**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **46,500.00**

Andy Feldman

☐ Contingent
☐ Unliquidated
☐ Disputed

100 WATER ST

Worcester, MA 01604

Date or dates debt was incurred

Basis for the claim:

Description

Loan

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

**4.4**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **80,000.00**

Assayquant Technologies

☐ Contingent
☐ Unliquidated
☐ Disputed

260 Cedar Hill Street, Suite 2

Marlborough, MA 01752

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

**4.5** | Nonpriority creditor's name and mailing address

Bio-Techne

614 McKinley Place NE

Minneapolis, MN 55413

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                471.75

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.6** | Nonpriority creditor's name and mailing address

Blue Cross Blue Shield

Landmark Center
401 Park Drive

Boston, MA 2215 -3326

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                            13,605.41

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.7** | Nonpriority creditor's name and mailing address

BroadPharm

6625 Top Gun St. Suite 103

San Diego, CA 92121

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                             4,151.50

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Debtor   Twentyfirst Century Biochemicals, Inc.   Case number *(if known)* _____
         Name

---

**4.8**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **1,386.25**

**Brochu Bio-Lab Services**

☐   Contingent
☐   Unliquidated
☐   Disputed

**15 New England Executive Park**

**Burlington, MA 01803**

Date or dates debt was incurred

Basis for the claim:

Description

Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑   No
☐   Yes

---

**4.9**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **50,000.00**

**Byzfunder**

☐   Contingent
☐   Unliquidated
☑   Disputed

**530 7th Ave Suite 505**

**New York, NY 10018**

Date or dates debt was incurred

Basis for the claim:

Description

Loan

Last 4 digits of account number _____

Is the claim subject to offset?

☑   No
☐   Yes

---

**4.10**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **10,276.29**

**CHEM-IMPEX**

☐   Contingent
☐   Unliquidated
☐   Disputed

**3405 Paysphere Circle**

**Chicago, IL 60674**

Date or dates debt was incurred

Basis for the claim:

Description

Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑   No
☐   Yes

---

Debtor   **Twentyfirst Century Biochemicals,** ~~Inc.~~
         Name                                    ~~Case number~~ *(if known)* _____

---

**4.11** | Nonpriority creditor's name and mailing address

**Clare Tuson**

**175 Maple Street Apr 306**

**Marlborough, MA 01752**

As of the petition filing date, the claim is:
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

$ _____ **182,214.00**

Date or dates debt was incurred

Basis for the claim:

Description
**Loan**

Last 4 digits of account number _____

Is the claim subject to offset?
☑  No
☐  Yes

---

**4.12** | Nonpriority creditor's name and mailing address

**CNA Insurance Co.**

**P.O. Box 74007619**

**Chicago, IL 60674-7619**

As of the petition filing date, the claim is:
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

$ _____ **2,000.35**

Date or dates debt was incurred

Basis for the claim:

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑  No
☐  Yes

---

**4.13** | Nonpriority creditor's name and mailing address

**Colonial Life**

**P.O. Box 903**

**Columbia, SC 29202-0903**

As of the petition filing date, the claim is:
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

$ _____ **2,907.10**

Date or dates debt was incurred

Basis for the claim:

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑  No
☐  Yes

---

**4.14** | Nonpriority creditor's name and mailing address

Combi-Blocks Inc

7949 Silverton Ave Suite 915

San Diego, CA 92126

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,560.63

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**4.15** | Nonpriority creditor's name and mailing address

Crowdstrike Inc

Dept LA 22808

Pasadena, CA 91185-2808

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 968.70

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**4.16** | Nonpriority creditor's name and mailing address

Dept of Environ. Protection

PO Box 4062

Boston, MA 02211

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,950.00

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| **4.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $ **16,500.00** |
|---|---|---|---|

**Donald H. Peterson** _____

**313 FURBISH RD** _____

**WELLS, ME 04090** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Description
**Loan**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **4.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $ **4,750.00** |
|---|---|---|---|

**Dube & Hazelwood** _____

**100 Erdman Way** _____

**Leominster, MA 01453** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **4.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $ **3,783.43** |
|---|---|---|---|

**Environmental Health & Engineering** _____

**180 Wells Avenue**
**Suite 200** _____

**Newton, MA 02459-3328** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.20** | Nonpriority creditor's name and mailing address

Eric Berg

674 Townsend Road

Groton, MA 01450

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 38,835.00

Date or dates debt was incurred

Basis for the claim:

Description
**Unpaid Compensation**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.21** | Nonpriority creditor's name and mailing address

Eric Berg

674 Townsend Road

Groton, MA 01450

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 225,000.00

Date or dates debt was incurred

Basis for the claim:

Description
Loan

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.22** | Nonpriority creditor's name and mailing address

Erik MaCauley

3316 West Sutton Road

Sutton, MA 10590

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 13,755.00

Date or dates debt was incurred

Basis for the claim:

Description
**Unpaid Compensation**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Twentyfirst Century Biochemicals,** Case number *(if known)* _____
        Name

---

**4.23** | Nonpriority creditor's name and mailing address

**Fisher Scientific Company LLC**

**PO Box 3648**

**Boston, MA 02241-3648**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **9,771.53**

Date or dates debt was incurred

Basis for the claim:

Description
**Vendor**

Last 4 digits of account number   **-001**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.24** | Nonpriority creditor's name and mailing address

**Gail Watson Estate of**

**57 Fire Road 7**

**Lancaster, MA 01523**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,500.00**

Date or dates debt was incurred

Basis for the claim:

Description
**Loan**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.25** | Nonpriority creditor's name and mailing address

**Gardner & Rosenberg**

**One State Street 4th Floor**

**Boston, MA 02109**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,472.65**

Date or dates debt was incurred

Basis for the claim:

Description
**Legal Fees**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Twentyfirst Century Biochemicals, Inc.   Case number *(if known)* _____
           Name

---

**4.26** Nonpriority creditor's name and mailing address

Gilson Inc.

PO Box 620027

Middleton, WI 53562-0027

As of the petition filing date, the claim is:
*Check all that apply.*

☐   Contingent
☐   Unliquidated
☐   Disputed

$                    4,150.21

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑   No
☐   Yes

---

**4.27** Nonpriority creditor's name and mailing address

Guardian

10 Hudson Yards

New York, NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*

☐   Contingent
☐   Unliquidated
☐   Disputed

$                    2,648.31

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑   No
☐   Yes

---

**4.28** Nonpriority creditor's name and mailing address

Harvard Pilgrim Health Care

P.O. Box 970050

Boston, MA 02297- 005

As of the petition filing date, the claim is:
*Check all that apply.*

☐   Contingent
☐   Unliquidated
☑   Disputed

$                    11,927.12

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑   No
☐   Yes

---

Debtor   Twentyfirst Century Biochemicals, Inc.   Case number *(if known)* _____

Name

---

**4.29** Nonpriority creditor's name and mailing address

High-Grade Cleaning Service Inc.

P.O. Box 136

Hudson, MA 01749

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,973.26

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.30** Nonpriority creditor's name and mailing address

Jefferson L. Murray

102 WHEELER EXECUTIVE CTR

AUGUSTA, GA 30909

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,000.00

Date or dates debt was incurred

Basis for the claim:

Description
Loan

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.31** Nonpriority creditor's name and mailing address

Jeffery Nagar

11312 RIDGEGATE DR

RALEIGH, NC 27617

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60,000.00

Date or dates debt was incurred

Basis for the claim:

Description
Loan

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

---

**4.32** | Nonpriority creditor's name and mailing address

Jeffery Peterson

10 POWHATAN RD

PEPPERELL, MA 01463

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,000.00

Date or dates debt was incurred

Basis for the claim:

Description
Loan

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.33** | Nonpriority creditor's name and mailing address

Joan Berg

11465 Quivas Way

Westminster, CO 80234

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100,000.00

Date or dates debt was incurred

Basis for the claim:

Description
Loan

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.34** | Nonpriority creditor's name and mailing address

John Prosser Estate of

125 Foxfire Place

Rockton, IL 61072

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55,000.00

Date or dates debt was incurred

Basis for the claim:

Description
Loan

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 4.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 96,454.00 |

Jordan B. Fishman

49 Mallard Dr

Fitchberg, MA 01420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
Loan

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 21,875.00 |

Leonard Berman

230 Woodward St

Waban, MA 02468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
Loan

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 2,970.00 |

Long & Bott P.C.

PO Box 815

Sudbury, MA 01776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**4.38** | Nonpriority creditor's name and mailing address

Lumiprobe Corp.

201 International Circle
Suite 135

Hunt Valley, MD 21030

| As of the petition filing date, the claim is: *Check all that apply.* | $ 5,950.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.39** | Nonpriority creditor's name and mailing address

Massachusetts DoUA

PO Box 419815

Boston, MA 02241- 981

| As of the petition filing date, the claim is: *Check all that apply.* | $ 62,000.00 |

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.40** | Nonpriority creditor's name and mailing address

Matrix Innovation

945 Newton
Suite 132

Quebec City Canada

| As of the petition filing date, the claim is: *Check all that apply.* | $ 4,136.69 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Twentyfirst Century Biochemicals, Inc.                    Case number *(if known)* _____
Name

---

| 4.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|------|--------|--------|--------|

**MedSupply Partners**

3715 Atlanta Industrial Pkwy NW
Suite B

Atlanta, GA 30331- 106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description
Vendor

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 640,000.00 |
|------|--------|--------|--------|

**Melvin Budish Estate of**

86 Pleasant Street

Worcester, MA 01609

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description
Loan

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 11,250.00 |
|------|--------|--------|--------|

**Merril W. Wright**

4243 BRAFFERTON ROAD

WILLIAMSBURG, VA 23188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description
Loan

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.44** | Nonpriority creditor's name and mailing address

Minus-Eleven Inc.

70 Finnell Drive

Weymouth, MA 02188

Date or dates debt was incurred

Last 4 digits of account number _____

| As of the petition filing date, the claim is: | | |
|---|---|---|
| *Check all that apply.* | | $ 1,223.80 |

☐  Contingent
☐  Unliquidated
☐  Disposed

Basis for the claim:                          Description
_____              Vendor

Is the claim subject to offset?
☑  No
☐  Yes

---

**4.45** | Nonpriority creditor's name and mailing address

Origene

9620 Medical Center Drive
Suite 200

Rockville, MD 20850

Date or dates debt was incurred

Last 4 digits of account number _____

| As of the petition filing date, the claim is: | | |
|---|---|---|
| *Check all that apply.* | | $ 190,000.00 |

☐  Contingent
☐  Unliquidated
☑  Disposed

Basis for the claim:                          Description
_____              Vendor

Is the claim subject to offset?
☑  No
☐  Yes

---

**4.46** | Nonpriority creditor's name and mailing address

P3 Biosystems

10200 Forest Green Blvd
Suite 112

Louisville, KY 40223

Date or dates debt was incurred

Last 4 digits of account number _____

| As of the petition filing date, the claim is: | | |
|---|---|---|
| *Check all that apply.* | | $ 20,831.15 |

☐  Contingent
☐  Unliquidated
☐  Disposed

Basis for the claim:                          Description
_____              Vendor

Is the claim subject to offset?
☑  No
☐  Yes

---

Debtor    Twentyfirst Century Biochemicals, Inc.                    Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| **4.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 11,013.67 |

Nonpriority creditor's name and mailing address

Pacific Immunology Corp

1672 Main St. Ste. E #171

Ramona, CA 92065

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,013.67

Date or dates debt was incurred

_____

Basis for the claim:

_____

Description

Vendor

Last 4 digits of account number    _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.48**

Nonpriority creditor's name and mailing address

Pamela Crowley

23 Laurelwood Dr

Stoughton, MA 02072

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,061.00

Date or dates debt was incurred

_____

Basis for the claim:

_____

Description

Unpaid Compensation

Last 4 digits of account number    _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.49**

Nonpriority creditor's name and mailing address

Pawnee Leasing Co.

700 Centre Avenue

Fort Collins, CO 80526

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,396.51

Date or dates debt was incurred

_____

Basis for the claim:

_____

Description

Vendor

Last 4 digits of account number    _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.50**    Nonpriority creditor's name and mailing address

Rapp Polymere

Ernst-Simon-Str. 9

D-72072 Tubingen Germany

As of the petition filing date, the claim is:
*Check all that apply.*

☐    Contingent
☐    Unliquidated
☐    Disputed

$ 2,526.00

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑    No
☐    Yes

---

**4.51**    Nonpriority creditor's name and mailing address

Reagents/TCP Analytical

5609 Fern Valley Rd

Louisville, KY 40228

As of the petition filing date, the claim is:
*Check all that apply.*

☐    Contingent
☐    Unliquidated
☐    Disputed

$ 14,728.00

Date or dates debt was incurred

Basis for the claim:

Description
Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑    No
☐    Yes

---

**4.52**    Nonpriority creditor's name and mailing address

Saxe Doernberger & Vita P.C.

35 Nutmeg Drive
Suite 140

Trumbull, CT 06611

As of the petition filing date, the claim is:
*Check all that apply.*

☐    Contingent
☐    Unliquidated
☐    Disputed

$ 73,557.66

Date or dates debt was incurred

Basis for the claim:

Description
Legal Fees

Last 4 digits of account number _____

Is the claim subject to offset?

☑    No
☐    Yes

Debtor    **Twentyfirst Century Biochemicals, Inc.** Case number *(if known)* _____

Name

---

**4.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **2,000.00**

**Sigma-Aldrich**

PO Box 535182

**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **1,000.00**

**Sussex Research**

**1120B-100 Sussex Drive**

**Ottawa Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **4,437.26**

**Thomas Scientific**

**1654 High Hill Road**

**Swedesboro, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

---

| 4.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 950.12 |
|---|---|---|---|

**Toshiba Business Solutions**

P.O. Box 70239

Philadelphia, PA 19176-0239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 267,229.24 |
|---|---|---|---|

**TV Marlborough, LLC**

138 Trapelo Road

Lincoln, MA 01773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
**Rent**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,305.66 |
|---|---|---|---|

**UniFirst Corporation**

P.O. Box 650481

Dallas, TX 75265-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description
**Vendor**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

---

**4.59** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

Unum Life Insurance Co. of America

☐ Contingent
☐ Unliquidated
☐ Disputed

P.O. Box 403748

Atlanta, GA 30384-3748

$ _____ **1,346.43**

Date or dates debt was incurred

Basis for the claim:

Description

Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.60** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

USA Scientific

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 3565

Ocala, FL 34478

$ _____ **2,962.41**

Date or dates debt was incurred

Basis for the claim:

Description

Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.61** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

Yalist Labs

☐ Contingent
☐ Unliquidated
☐ Disputed

321 Walnut Street

Newton, MA 02460

$ _____ **500.00**

Date or dates debt was incurred

Basis for the claim:

Description

Vendor

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor   Twentyfirst Century Biochemicals, Inc.   Case number *(if known)* _____
                Name

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| 4.1   Commonwealth of MA Office of the Attorney General,<br>Fair Labor Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108 | Line   4.16<br>☐ Not listed. Explain | |
| 4.2   Louis Ciaverra, Esq.<br>Bowditch & Dewey<br>311 Main Street<br>Worcester, MA 01608 | Line   4.42<br>☐ Not listed. Explain | |
| 4.3   Mark Lidner, Esq.<br>Linder & Associates<br>P.O. Box 327<br>Randolph, MA 02368 | Line   4.45<br>☐ Not listed. Explain | |
| 4.4   Massachusetts Department of Unemployment Assistance<br>19 Staniford Street, 1st Floor<br>Attention Chief Counsel<br>Boston, MA 02114-2502 | Line   4.39<br>☐ Not listed. Explain | |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.   Total of claim amounts

| | | | |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $ 39,404.00 |
| 5b. | Total claims from Part 2 | 5b. + | $ 2,507,738.02 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,547,142.02 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:                                    )
                                          )
TWENTYFIRST CENTURY                       )     CHAPTER 11
BIOCHEMICALS, INC.                        )     CASE NO. 24-_____
                                          )
            Debtor.                       )
_____)

DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION

I ____Eric Berg____, hereby declare(s) under penalty of perjury that all of the information contained in the *Voluntary Petition, Declaration under Penalty of Perjury for Non-Individual Debtors re: 20 Largest Creditors, and Verification of Creditor Matrix* (collectively the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR) 7(a), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   May 2, 2024                      _____
                                              Eric Berg

15241015\1